JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMMY MAX C., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. EDCV 20-1484-AGR <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed for the period beginning March 1, 2019 and the matter is remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: July 14, 2021

ALICIA G. ROSENBERG
United States Magistrate Judge